NO. 12-14-00320-CV

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN -7 2015    elKm

TYLER TEXAS
CATHY S. LUSK, CLERK

Elliott Williams

V.                    Appellant

Texas Department of
Criminal Justice
Appellee

Appeal From The 369th
Judicial District Court
Anderson County, Texas
Trial Court No. 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

## Motion for Rehearing (Superseder)

TO THE HONORABLE APPELLATE JUDGES:

Comes now Elliott Williams T.D.C.J. #481914, PRO SE in the above caption and numbered styled, files this his motion for Rehearing (Superseder) and will show the court the following:

Appellant resently filed his motion for Rehearing on or about the 19th of December 2014 without his Inmate legal Assistant, At this time his Inmate Legal Assistant Refile this motion for Rehearing (superseding) the previous motion for Rehearing to put before the court issues why this motion should be granted that was not shown to this court accompanied by and with his motion for leave. Appellant Request that the Resent motion for Rehearing be set aside.

Pursuant to the courts memorandum opinion PER curiam dismissing Appellants Appeal as frivolous under chapter 14 For failing to file with the notice of Appeal an affidavit or declaration relating to previous filings. see 14.004(A) (west supp. 2014, And failing to accompanied the Affidavit or declaration with a certified copy of his Inmate trust Account statement that reflects the balance of the account At the time the claim is filed And Activity in the Account during the six months preceding the date on which the claim is filed. see 14.004(c) (west supp. 2014

1 of 2

To cure the defect, along with Appellants previous motion for new trial or in the Alternative for rehearing, he also filed his Affidavit/unsworn Declaration to previous filings, his Declaration of Inability to pay cost on Appeal with a certified copy of his inmate trust Account statement that reflects the account during the six months preceding.

See Brown v Lubbock County comm court 185 s.w.3d 499, 503 (Tex. App.-Amarillo 2005) [1,2] Texas courts have consistently held the Affidavit of previous filings required by section 14.004 is a procedural matter which can be cured by Amendment, see, e.g., Thomas V. Skinner, 54 s.w.3d 845, 847 (Tex. App.-Corpus Christi 2001, Pet. denied); Hickman V. Adams, 35 s.w.3d 120, 125 (Tex. App.-Houston [14th Dist] 2000, No Pet.) The Record shows Appellant did correct the defect by filing A ① Declaration of his previous suits, ② certified copy of his inmate trust Fund Account statement that Reflects the Account during the six months precedings, and ③ his Declaration of Inability to pay cost on Appeal.


Date December 29, 2014
Respectfully Submitted

Elliott Williams
#481914    Coffied Unit
2661    Fm 2054
Tennessee Colony, Texas 75884
x Elliott Williams


## Certificate of Service

I, Elliott Williams TDCJ #481914 certify that A true and correct copy of his motion for Rehearing was served upon the Defendants by mailing First class on December 29, 2014 to:

Hon. Gregory W. Abbott
Texas Attorney General
209 West 14th Street
p.o. Box 12548
Austin, Texas 78711-2548

Executed on December 29, 2014

2 of 2